**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

PAUL GLANTZ, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

-against-                            23 **CIVIL** 10000 (LJL)

                                             **JUDGMENT**

JAMES RIVER GROUP HOLDINGS, LTD., FRANK N. D'ORAZIO, and SARAH C. DORAN,

                    Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 30, 2025, Defendants' motion is granted. Defendants' motion to dismiss the amended complaint with prejudice is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      January 30, 2025

                                                     **TAMMI M. HELLWIG**

                                                         Clerk of Court

                         **BY:**

                                                        **Deputy Clerk**